STATE of Missouri, Respondent,

v.

Robert REASK, Appellant.

No. ED 76639.

Missouri Court of Appeals,
Eastern District,
Division Three.

Oct. 3, 2000.

Lisa M. Stroup, Asst. Public Defender, St. Louis, MO, for Appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Andrea L. Mazza, Asst. Atty. Gen., Jefferson City, MO, for Respondent.

Before GARY M. GAERTNER, P.J., LAWRENCE G. CRAHAN, J., and GEORGE W. DRAPER, III, J.

## ORDER

PER CURIAM.

Robert Reask appeals from his conviction of unlawful use of a weapon. Reask challenges the admission of evidence of uncharged misconduct, use of a photograph during closing argument that was not admitted into evidence at trial, and comments made by the prosecutor during closing argument. We have reviewed the briefs of the parties, the legal file, and the transcripts and find no error.

An opinion reciting the detailed facts and restating the principles of law would have no precedential value. We have, however, provided a memorandum opinion for the use of the parties only setting forth the reasons for our decision.

The judgment is affirmed. Rule 84.16(b).

Zahmeen MANUEL, Movant–Appellant,

v.

STATE of Missouri, Respondent.

No. ED 77165.

Missouri Court of Appeals,
Eastern District,
Division Four

Oct. 3, 2000.

S. Paige Canfield, Asst. Public Defender, St. Louis, MO, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Stacy L. Anderson, Asst. Atty. Gen., Jefferson City, MO, for respondent.

Before LAWRENCE E. MOONEY, P.J., PAUL J. SIMON and SHERRI B. SULLIVAN, JJ.

## ORDER

PER CURIAM.

Zahmeen Manuel (Movant) appeals the judgment denying his Rule 24.035 motion without a hearing. We have reviewed the briefs of the parties and the record on appeal and conclude the trial court's determination is not clearly erroneous. Rule 24.035(k). An extended opinion would have no precedential value. We have, however, provided a memorandum for the use of the parties only, setting forth the reasons for our decision. We affirm the judgment pursuant to Rule 84.16(b).